UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:22-cv-86-MOC-SCR

| | |
|---|---|
| KIM EDHEGARD, M.D., )<br>*(as relator on behalf of the United States* )<br>*of America)*, )<br> )<br>   **Plaintiff,** )<br> )<br>vs. )<br> )<br> )  **ORDER**<br>SKINCURE ONCOLOGY, LLC, et al., )<br> )<br>   **Defendants.** )<br>_____) | |

**THIS MATTER** is before the Court on the Relators' Notice of Voluntary Dismissal (Doc. No. 26), the United States' Consent to Voluntary Dismissal, (Doc. No. 27), and North Carolina and other States' Consent to Voluntary Dismissal, (Doc. No. 28).

Plaintiff in this action filed a notice of voluntarily dismissal pursuant to Rule 41(a)(1)(A)(i), which typically allows dismissal of an action "without a court order." Fed. R. Civ. P. 41(a)(1)(A)(i). Under 31 U.S.C. § 3730(b)(1), a civil action for a violation of section 3729—which is the basis for the instant case—"may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting."

Upon review of the parties' filings, and in light of the Government's consent, the Court hereby enters the following Order.

**IT IS, THEREFORE, ORDERED** that:

1. Plaintiff's Notice of Voluntary Dismissal, (Doc. No. 26), is **GRANTED**;

1

2. The Court approves the Relators' voluntary dismissal of this action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and 31 U.S.C. § 3730(b)(1). This case is hereby **DISMISSED WITHOUT PREJUDICE**.

Signed: February 21, 2024

Max O. Cogburn Jr
United States District Judge